WILLIAM DE HAY v. TOWN OF WEST NEW YORK.

July 13, 1983.

Petition for certification denied. (See 189 *N.J.Super.* 340)

MARY ELLEN MONACO v. BOARD OF EDUCATION OF THE BOROUGH OF RIVER EDGE, BERGEN COUNTY.

July 13, 1983.

Petition for certification denied.

MARIAN MAXFIELD v. BOARD OF EDUCATION OF THE TOWNSHIP OF RIDGEWOOD, BERGEN COUNTY.

July 13, 1983.

Petition for certification denied.

SQUARE PARKING SYSTEMS, INC. v. BUSINESS ADMINISTRATOR.

July 13, 1983.

Petition for certification denied. (See 190 *N.J.Super.* 102)